# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MICHAEL RAY KING                                                               PLAINTIFF
ADC #161847

v.                              4:17CV00307-JM-JJV

BRANDON GRIMES, Captain,
White County Detention Center; *et al.*                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections.[1] After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.   Defendant White County Detention Center is DISMISSED without prejudice due to Plaintiff's failure to state a viable claim against it.

DATED this 24th day of May, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

---

[1] In Plaintiff's objections to the proposed recommendation, the Plaintiff seeks to amend his Complaint to add additional parties. Plaintiff is directed to file a separate pleading entitled "motion for leave to amend" identifying the parties he seeks to add and specifically stating his allegations against each new party.